UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Wachovia Bank, National Association and  :
Wachovia Capital Markets LLC,            :
                                         :
                                         :     08 CIV 5565
                    Plaintiffs,          :     Civil Action No.:
                                         :     ECF Case
       -against-                         :
                                         :     **RULE 7.1 DISCLOSURE**
VCG Special Opportunities Master Fund, Ltd. :  **STATEMENT**
(f.k.a. CDO Plus Master Fund Ltd.),      :
                                         :
                    Defendant.           :
------------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Wachovia Bank, National Association and Wachovia Capital Markets, LLC are wholly-owned subsidiaries of Wachovia Corporation, a financial services holding company which is a publicly traded corporation on the New York Stock Exchange under the symbol WB.

No publicly held corporations own 10% or more of Wachovia Corporation stock.

Dated: New York, New York
       June 23, 2008

                              HUNTON & WILLIAMS LLP

                        By:   _____
                              Shawn Patrick Regan
                              200 Park Avenue, 52nd Floor
                              New York, New York  10166
                              (212) 309-1000
                              sregan@hunton.com

                              -and-

                              Patrick L. Robson
                              HUNTON & WILLIAMS LLP
                              Bank of America Plaza
                              101 S. Tyson Street, Suite 3500
                              Charlotte, North Carolina  28280
                              (704) 378-4700
                              probson@hunton.com

                              *Attorneys for Plaintiffs Wachovia Bank, National Association and Wachovia Capital Markets LLC*