UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
Wachovia Bank, National Association and                       :
Wachovia Capital Markets LLC,                                 :
                                                              :
                            Plaintiffs,                       :   08 CV 5655 (UA)
                                                              :
            -against-                                         :
                                                              :
VCG Special Opportunities Master Fund, Ltd.                   :
(f.k.a. CDO Plus Master Fund Ltd.),                           :
                                                              :
                            Defendant.                        :
------------------------------------------------------------- x

## NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT, upon the accompanying Declarations of Melissa Helfrich and Shawn Patrick Regan and the exhibits thereto, the accompanying Memorandum of Law, and upon all prior proceedings had herein, Plaintiffs Wachovia Bank, National Association and Wachovia Capital Markets, LLC respectfully moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for an Order preliminarily enjoining Defendant VCG Special Opportunities Master Fund, Ltd. (f.k.a. CDO Plus Master Fund Ltd.) from proceeding with a Financial Industry Regulatory Authority Arbitration, captioned *VCG Special Opportunities Master Fund LTD. f/k/a CDO Plus Master Fund Ltd. v. Wachovia Capital Markets LLC*, FINRA Dispute Res. No. 08-01420, which was initiated by Plaintiff against Wachovia Capital Markets.

Respectfully submitted, this the 26th day of June, 2008.

                            HUNTON & WILLIAMS LLP

                            By: _____
                            Shawn Patrick Regan
                            200 Park Avenue, 52nd Floor
                            New York, New York 10166
                            (212) 309-1000
                            sregan@hunton.com

                            -and-

                            Patrick L. Robson
                            HUNTON & WILLIAMS LLP
                            Bank of America Plaza
                            101 S. Tyson Street, Suite 3500
                            Charlotte, North Carolina 28280
                            (704) 378-4700
                            probson@hunton.com

                            *Attorneys for Plaintiffs*
                            *Wachovia Bank, National Association*
                            *and Wachovia Capital Markets LLC*

TO:    Joshua Epstein, Esq.
         Dreier LLP
         499 Park Avenue
         New York, NY 10022

         *Attorneys for Defendant*
         *VCG Special Opportunities Master Fund, Ltd.*

         Richard A. Stephens, Esq.
         Law Office of Richard A. Stephens
         7700 Congress Avenue, Suite 1109
         Boca Raton, FL 33487

         *Counsel for FINRA Arbitration Claimant*
         *VCG Special Opportunities Master Fund, Ltd.*