UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                             :

Wachovia Bank, National Association and     :
Wachovia Capital Markets LLC,
                                                             :

                            Plaintiffs,              :           08 CV 5655 (UA)

                                                               :

                            -against-              :

                                                               :

VCG Special Opportunities Master Fund, Ltd.   :
(f.k.a. CDO Plus Master Fund Ltd.),
                                                               :

                            Defendant.           :
------------------------------------------------------------------- x

## DECLARATION OF SERVICE

       Bradford C. Mulder, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746.

       I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiffs.

       That on That on June 27, 2008, I served true copies of:

       1) Notice of Motion for a Preliminary Injunction;
       2) Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction;
       3) Declaration of Shawn Patrick Regan, with Exhibits;
       4) Declaration of Melissa Helfrich

on Defendant's counsel at the address listed below by hand delivery.

       Joshua Epstein, Esq.
       Dreier LLP
       499 Park Avenue
       New York, New York 10022


       That on June 27, 2008, I served true copies of:

       1) Notice of Motion for a Preliminary Injunction;
       2) Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction;
       3) Declaration of Shawn Patrick Regan, with Exhibits;
       4) Declaration of Melissa Helfrich

on counsel for Defendant in a Financial Industry Regulatory Authority Arbitration, captioned *VCG Special Opportunities Master Fund LTD. f/k/a CDO Plus Master Fund Ltd. v. Wachovia Capital Markets LLC*, FINRA Dispute Res. No. 08-01420, at the address listed below, by depositing the same in a duly enclosed and sealed wrapper, for Federal Express Next Day Overnight Service.

> Richard A. Stephens, Esq.
> Law Office of Richard A. Stephens
> 7700 Congress Avenue, Suite 1109
> Boca Raton, Florida 33487

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

*/s/ Bradford C. Mulder*
Bradford C. Mulder