

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WACHOVIA BANK, NATIONAL
ASSOCIATION and WACHOVIA CAPITAL
MARKETS LLC,

         Plaintiffs,

     -against-

VCG SPECIAL OPPORTUNITIES MASTER
FUND, LTD. (f.k.a. CDO Plus Master Fund Ltd.),

         Defendant.

No. 08 CV 5655 (LTS)

**STIPULATION AND ORDER**

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Wachovia Bank, National Association and Wachovia Capital Markets LLC, and the attorneys for VCG Special Opportunities Master Fund, Ltd (f.k.a. CDO Plus Master Fund Ltd.) ("VCG"), that VCG's time to answer, move, or otherwise respond to the Complaint in this action be, and hereby is, extended to and including July 28, 2008.

{00369418.DOC;}

Dated: New York, New York
July 8, 2008

HUNTON & WILLIAMS LLP

By: _____
Shawn Patrick Regan
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000
sregan@hunton.com

Patrick L. Robson
Hunton & Williams LLP
Bank of America Plaza
101 S. Tyson Street, Suite 2500
Charlotte, North Carolina 28280
(704) 378-4700
probson@hunton.com

*Attorneys for Plaintiffs*

DREIER LLP

By: _____
Joshua H. Epstein
Alan S. Gruber
499 Park Avenue
New York, New York 10022
(212) 328-6100
jepstein@dreierllp.com
agruber@dreierllp.com

*Attorneys for Defendant*

SO ORDERED.

_____
Laura Taylor Swain, U.S.D.J.

{00346046.DOC;}