UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION and WACHOVIA CAPITAL MARKETS LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>VCG SPECIAL OPPORTUNITIES MASTER FUND, LTD. (f.k.a. CDO Plus Master Fund Ltd.),<br><br>Defendant. | No. 08 CV 5655 (LTS)(AJP)<br><br>**RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant VCG Special Opportunities Master Fund Ltd. (f.k.a CDO Plus Master Fund Ltd.) ("VCG") (a nongovernmental corporate party) certifies that there is no corporation that is a parent corporation of VCG and there is no publicly held corporation that owns 10% or more of VCG stock.

Dated: New York, New York
       July 28, 2008

DREIER LLP

By: _____
    Joshua H. Epstein (JE 2187)
    Alan S. Gruber (AG 3086)
499 Park Avenue
New York, New York 10022
(212) 328-6100
jepstein@dreierllp.com
agruber@dreierllp.com

*Attorneys for Defendant*

{00372021.DOC;}